UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x
:
IN RE: TRIBUNE COMPANY FRAUDULENT　　:　　Consolidated Multidistrict Action
CONVEYANCE LITIGATION　　　　　　　　　:
:　　Docket No. 11-md-2296-RJH
:
:
:
------------------------------------------------------------x

**DEFENDANT TRADESTATION SECURITIES, INC.'S**
**<u>CORPORATE DISCLOSURE STATEMENT</u>**

Pursuant to Fed. R. Civ. P. 7.1, Defendant TradeStation Securities, Inc., ("TradeStation Securities"), hereby submits its Corporate Disclosure Statement and states as follows: TradeStation Securities, Inc. is a wholly owned subsidiary of TradeStation Group, Inc., which is a wholly owned subsidiary of Monex Group, Inc. ("Monex) a publicly traded Japanese corporation listed on the Tokyo Stock Exchange ("TSE") under TSE Code 8698.

Dated: February 9, 2012

                                                Respectfully Submitted,

                                      By: /s/Richard B. Jackson
                                               RICHARD B. JACKSON
                                               STEARNS WEAVER MILLER WEISSLER
                                                    ALHADEFF & SITTERSON, P.A.
                                               Museum Tower – Suite 2200
                                               150 West Flagler Street
                                               Miami, Florida 33130
                                               Telephone:  (305) 789-3200
                                               Facsimile:  (305) 789-3395
                                               E-mail:      rjackson@stearnsweaver.com

#1499483 v1