UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X
                                  :

IN RE:  TRIBUNE COMPANY                 Consolidated Multidistrict Action
FRAUDULENT CONVEYANCE       :      11 MD 2296 (WHP)
LITIGATION

                                    :

                                    :       <u>ORDER</u>
THIS DOCUMENT RELATES TO:
ALL MATTERS                          :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

```
┌─────────────────────────────────┐
│ USDC SDNY                        │
│ DOCUMENT                         │
│ ELECTRONICALLY FILED             │
│ DOC #:_____          │
│ DATE FILED: 2/14/12              │
└─────────────────────────────────┘
```

WILLIAM H. PAULEY III, District Judge:

        This multidistrict litigation has been reassigned to this Court.  The stay entered on December 28, 2012 by Judge Richard J. Holwell (ECF No. 17), and modified by Order dated January 27, 2012 (ECF No. 386), is further modified as follows:  No party to this action is permitted to make any motion, file any documents on the docket, or submit any papers to the Clerk's Office or this Court's chambers until further notice from this Court.

        It is further ordered that all pending motions for admission pro hac vice are denied without prejudice.  The Clerk of the Court is directed to terminate all pending motions for admission pro hac vice.  This Court will establish a procedure for attorneys to appear in this multidistrict litigation by subsequent order.

        Plaintiffs are directed to serve this Order on all Defendants forthwith.

Dated: February 14, 2012
       New York, New York                  SO ORDERED:


                                             _____
                                             WILLIAM H. PAULEY III
                                                    U.S.D.J.

*All Counsel of Record.*

-1-